FOR USE BY INCARCERATED PERSONS

2:07cv272-WKW

IN THE UNITED STATES DISTRICT COURT
FOR THE _MIDDLE_ DISTRICT OF ALABAMA

RECEIVED
2007 MAR 28 A 9:59

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## APPLICATION TO PROCEED IN FORMA PAUPERIS

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: _Larry Donovan Mims_
   Present mailing address: _P.O. Box 56, Elmore, Alabama_

2. Are you presently employed?  Yes ___  No _✓_
   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   _N/A_

   Monthly earnings: _N/A_

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   _N/A_

   Date last worked: _N/A_
   Monthly earnings: _N/A_

3. Have you received within the past twelve months any money from any of the following sources?
   (a) Business, profession, or any form of self-employment?    Yes ___  No _✓_
   (b) Interest, dividends, rents, or investment income of any kind?    Yes ___  No _✓_

1

(c) Pensions, annuities, or life insurance payments?    Yes ____  No ✓

(d) Gifts or inheritances?    Yes ____  No ✓

(e) Any other sources?    Yes ____  No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

N/A

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ _____ SEE ATTACHMENT

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?    Yes ____  No ✓

If the answer is "yes," describe the property and state its approximate value:

N/A

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 3/27/07

*Larry Donovan Mims*
SIGNATURE OF PLAINTIFF

2

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include <u>both</u> the total deposits made to the prisoner's account each and every month for the preceding six months <u>and</u> the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner __Larry D Mims__ has been incarcerated in this institution since __December 15__, 19__2006__, and that he has the sum of $__50.17__ in his prison or jail trust account on this the __26th__ day of __March__, 19__2007__. I further certify that the information provided below is true and correct.

| Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|
| Month 1 — Dec 2006 | $ 50.08 | $ 12.92 |
| Month 2 — Jan 2007 | $ 0 | $ 4.74 |
| Month 3 — Feb 2007 | $ 0 | $ .17 |
| Month 4 — March 2007 | $ 50.00 | $ 19.40 |
| Month 5 | | |
| Month 6 | | |
| Current month (if less than full month) | | |

_____
Signature of Authorized Officer of Institution

__Staton Correctional Facility__
Name of Institution

4

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
STATON CORRECTIONAL FACILITY

AIS #: 131817     NAME: MIMS, LARRY                    AS OF: 03/26/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAR | 5  | $0.00  | $0.00  |
| APR | 30 | $0.00  | $0.00  |
| MAY | 31 | $0.00  | $0.00  |
| JUN | 30 | $0.00  | $0.00  |
| JUL | 31 | $0.00  | $0.00  |
| AUG | 31 | $0.00  | $0.00  |
| SEP | 30 | $0.00  | $0.00  |
| OCT | 31 | $0.00  | $0.00  |
| NOV | 30 | $0.00  | $0.00  |
| DEC | 31 | $12.92 | $50.08 |
| JAN | 31 | $4.74  | $0.00  |
| FEB | 28 | $0.17  | $0.00  |
| MAR | 26 | $19.40 | $50.00 |