Mims

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Clerk, U. S. District Court
Northern District of Alabama
United States District Court
Hugo L. Black U. S. Courthouse
1729 5th Avenue North, Room 140
Birmingham, AL 35203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  S. Brown
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
S. Brown   4/18/07

dress different from item 1?   ☐ Yes
delivery address below:   ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2:07cv272-WKW (entire file transferred)

2. Article Number (Transfer from service label)
7005 1160 0001 2962 1959

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540